# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-731-RJC-DCK

| | |
|---|---|
| PAPA G VITALIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRANS UNION, LLC, EARLY WARNING ) | |
| SERVICES, LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS, and USAA ) | |
| FEDERAL SAVINGS BANK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Unopposed Motion For Leave To File Its Answer" (Document No. 15) filed January 8, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Unopposed Motion For Leave To File Its Answer" (Document No. 15) is **GRANTED**. Defendant USAA Federal Savings Bank shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **January 12, 2024**.

    **SO ORDERED**.

Signed: January 8, 2024

_David C. Keesler_
United States Magistrate Judge