IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-731-RJC-DCK

| | |
|---|---|
| PAPA G VITALIA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| TRANS UNION, LLC, et al., | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) filed by James M. Dedman, IV, concerning David M. Krueger, on January 10, 2024. David M. Krueger seeks to appear as counsel *pro hac vice* for Defendant USAA Federal Savings Bank. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) is **GRANTED**. David M. Krueger is hereby admitted *pro hac vice* to represent Defendant USAA Federal Savings Bank.

**SO ORDERED**.

Signed: January 10, 2024

David C. Keesler
United States Magistrate Judge