**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-731-RJC-DCK**

| | | |
|---|---|---|
| **PAPA G VITALIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **TRANS UNION, LLC, EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS, EARLY** | ) | |
| **WARNING SERVICES, LLC, and USAA** | ) | |
| **FEDERAL SAVINGS BANK,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) filed by D. Kyle Deak, concerning Meagan A. Mihalko, on February 1, 2024. Meagan A. Mihalko seeks to appear as counsel *pro hac vice* for Defendant Early Warning Services, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) is **GRANTED**. Meagan A. Mihalko is hereby admitted *pro hac vice* to represent Defendant Early Warning Services, LLC.

**SO ORDERED**.

Signed: February 1, 2024

David C. Keesler
United States Magistrate Judge