IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-731-RJC-DCK

| PAPA G VITALIA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| EXPERIAN INFORMATION SOLUTIONS, et al., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 42) filed by Local Counsel D. Kyle Deak on May 7, 2024.

Applicant Elizabeth M. Briones seeks to appear as counsel *pro hac vice* for Defendant Early Warning Services, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 42) is **GRANTED**. Elizabeth M. Briones is hereby admitted *pro hac vice* to represent Defendant Early Warning Services, LLC.

**SO ORDERED**.

Signed: May 7, 2024

David C. Keesler
United States Magistrate Judge