IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-731-RJC-DCK

| PAPA G VITALIA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| TRANS UNION, LLC, EARLY WARNING SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, and USAA FEDERAL SAVINGS BANK, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants Experian, Trans Union, and USAA's "Joint Motion For Status Conference" (Document No. 46) filed August 16, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

The moving Defendants request a Status Conference "to determine how to proceed in the above-captioned case." (Document No. 46, p. 2). The undersigned notes that there are two (2) pending dispositive motions in this case filed by Defendants Early Warning Services and USAA that appear to be ripe for review by the Honorable Robert J. Conrad, Jr. See (Document Nos. 11, 38, and 45).

Based on the foregoing, and noting little explanation by the moving Defendants, the undersigned will respectfully decline to hold a Status Conference at this time. The instant motion seems to be premature; the undersigned expects resolution of the pending dispositive motions to

narrow the parties and/or issues in this case. Moving Defendants may re-file a request for a Status Conference at a later date, and/or file an appropriate motion if they seek other relief.

**IT IS, THEREFORE, ORDERED** that Defendants Experian, Trans Union, and USAA's "Joint Motion For Status Conference" (Document No. 46) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: August 19, 2024

David C. Keesler
United States Magistrate Judge